# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -3 PM 2: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. **RONALD HONAKER**                    Docket No. **2:91CR20235-001**

### Petition on Probation and Supervised Release

      COMES NOW __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Ronald Honaker who was placed on supervision by the Honorable Jon P. McCalla sitting in the Court at Memphis, TN on the 24th day of August, 1994 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

None

*Term of Supervised Release began September 16, 2005.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Honaker has a significant history of substance abuse as documented in the presentence report.  In order to address this issue, he has agreed (as evidenced by his signature on the attached PROB 49 Waiver of Hearing to Modify Conditions) to his conditions being modified to include participation in drug and alcohol testing and treatment as directed by the Probation Office.

**PRAYING THAT THE COURT WILL ORDER** Ronald Honaker's Conditions of Supervised Release be modified to include the condition he participate in drug and alcohol testing and treatment as directed by the Probation Office.

### ORDER OF COURT

Considered and ordered this __3__ day of __Oct__, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_Freddie Mc Master_ II
_____
Freddie McMaster II
Probation Officer

**Place** Memphis, Tennessee
_____

**Date** September 20, 2005
_____

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-3-05

96

# United States District Court

### WESTERN District of TENNESSEE

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate as directed in a program (inpatient and/or outpatient) approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.**

Witness: *Freddie McMaster*
FREDDIE MCMASTER
U.S. Probation Officer

Signed: *Ronald Honaker*
RONALD HONAKER
Probationer/Supervised Releasee

9-19-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:91-CR-20235 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT