IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO. 91-20235-Ml |
| | * | |
| RONALD HONAKER | * | |

ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On September 13, 2007, **Ronald Honaker** appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At that time, the defendant was advised of his rights under FRCrP 5 and 32.1(a)(1). He waived his preliminary hearing.

Accordingly, defendant **Ronald Honaker** is held to a final revocation hearing before the United States District Judge Jon P. McCalla. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to FRCrP 32.1(a)(2), and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshals.

IT IS SO ORDERED.

ENTERED this  13th  day of September, 2007.

  s/James H. Allen
James H. Allen
UNITED STATES MAGISTRATE JUDGE